UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **KIMBERYLY ANN CZEISZPERGER**

Case Number: 17-46354-MAR
Chapter 13
Judge RANDON

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

/

### Proposed Chapter 13 Plan Modification

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Excuse Debtor's Plan payments from January 28, 2019 until March 11, 2019 or until further Order of the Court.
- Trustee shall refund any funds received from Debtor's employer to Debtor from January 28, 2019 until March 11, 2019 or until further Order of the Court.

1. Due to recent medical issues debtor is in need of having a surgery which has been scheduled for January 28, 2019. Debtor will be on medical leave from employment beginning January 28, 2019 until March 11, 2019.
2. During this time debtor will only be receiving 60% of her normal pay.
3. As such, debtor is requesting to excuse her current plan payments from January 28, 2019 until March 11, 2019 and excuse any payments due during that time period to allow her to have sufficient funds to meet her other monthly living obligations.
4. At the time of filing this modification, debtor has a 99.81% payment history into her Chapter 13 plan.
5. Suspension and excusal of payments will not create any prejudice as Debtors plan still runs timely.
6. Debtor will file an amended budget and subsequent plan modification, as needed, upon her return to work from her medical leave.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: n/a
Class Five: no adverse impact.
Class Six: n/a
Class Seven: n/a
Class Eight: n/a
Class Nine: Creditors will receive the minimum required pursuant to the Liquidation Analysis.

Dated: January 22, 2019

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **KIMBERYLY ANN CZEISZPERGER**

Case Number: 17-46354-MAR
Chapter 13
Judge RANDON

Debtor.

---

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

---

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Excuse Debtor's Plan payments from January 28, 2019 until March 11, 2019 or until further Order of the Court.
- Trustee shall refund any funds received from Debtor's employer to Debtor from January 28, 2019 until March 11, 2019 or until further Order of the Court.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **KIMBERYLY ANN CZEISZPERGER**

Case Number: 17-46354-MAR
Chapter 13
Judge RANDON

Debtor.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

> Krispen S. Carroll, Chapter 13 Trustee
> 719 Griswold, Suite 1100
> Detroit, MI 48226
>
> Acclaim Legal Services, PLLC
> 8900 E. 13 Mile Road
> Warren, MI 48093

Dated: January 22, 2019

    /s/ William D. Johnson
    William D. Johnson (P54823)
    Acclaim Legal Services, PLLC
    8900 E. 13 Mile Road
    Warren, MI 48093
    (248) 443-7033
    filing@acclaimlegalservices.com

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **KIMBERYLY ANN CZEISZPERGER**

Case Number: 17-46354-MAR
Chapter 13
Judge RANDON

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

/

## PROOF OF SERVICE

LEANNA B. SIKES , hereby certifies that on January 22, 2019 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

Krispen S. Carroll, Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226


All parties on attached Matrix


Dated: January 22, 2019

/s/ Leanna B. Sikes
Leanna B. Sikes
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

**EXHIBIT C**

 **13Network**

ACCLAIM LEGAL SERVICES **Case Query**

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Enter Case Number, Name, Social Security Number, or @1st Address Line: 1743660 Go

LogOut Now

Recently Accessed Cases 17-46

**17-46354-MAR KIMBERLY ANN CZEISZPERGER** (xxx-xx-1881) 29627 MANHATTEN ST • • SAINT CLAIR SHORES • MI • 48082 $237.97 BW/

Bar Date(s): 9/14/
Confirmed: 8/5/20
Case Status: OPEN/

Print Inquiry   Trustee: Krispen S. Carroll   Attorney: ACCLAIM LEGAL SERVICES

The data on these pages has not been audited and is provided for general information only.

17 Month(s) since Confirmation UP = $20,466.00  TPI = $13,188.68  TPILR = $13,188.68  BOH = $229.51  BOH+FEES = $248.12

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES | $3,500.00 | | $1,500.00 | | | $1,500.00 | |
| 2 | ADDED CREDITOR | | | | | | | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 5 | KIMBERLY ANN CZEISZPERGER | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 31 | | 13758.05 | | | 87.2 | | $11,997.02 | |

Change Line# 0  OK   Plan Terms 43  Calc   Unsecured % 87.2  Calc   Due to Creditors:  $0.00   $14,591.3
Restart                                                                 In from Debtor:    $516.39  $22,400.3

Trustee's % 7.5
Lump Sum $ 229.51
Delete Line 0  OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| WILLIAM BEAUMON ∨ | $237.97 | BI-WEEKLY ∨ | $ | ? |
| KIMBERLY ANN CZ ∨ | $0.00 | MONTHLY ∨ | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd |
|---|---|---|---|
| DEBTOR ∨ | $0.00 | MONTHLY ∨ | $ |

Krispen Carroll - Detroit, MI           Your Chapter 13 Information Management System                ©2004 BSS LLC

**ATTACHMENT 2**

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is          **60**          months

2. Initial Plan Payment:
   **$472.26** per month x **60** months = **$28,335.60** (subtotal)

3. Additional Payments:    $ _____ per=

4. Lump Sums:                                                                                    $0.00

5. Total to be paid into Plan (total of lines 2 through 4)                                       $28,335.60

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees                                    $1,983.60

   b. Estimated Attorney Fees and costs through
      confirmation of plan                                        $4,000.00

   c. Estimated Attorney Fees and costs Post-confirmation
      through duration of Plan                                    $2,000.00

   d. Estimated Fees of Other Professionals                       $0.00

   e. Total mortgage and other continuing secured debt
      payments                                                    $0.00

   f. Total non-continuing secured debt payments
      (including interest)                                        $0.00

   g. Total priority claims                                       $0.00

   h. Total arrearage claims                                      $0.00

7. Total Disbursements other than to Class 9 General Unsecured Creditors
   (Total of lines 6.a through 6.h)                                                         $    7,983.60

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors
   (item 5 minus item 7)                                                                    $   20,352.00

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding
   (see liquidation analysis on page 6)                                                     $        0.00

COMMENTS:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 17-46354-mar<br>Eastern District of Michigan<br>Detroit<br>Tue Jan 22 11:51:03 EST 2019 | AMCOL Systems Inc.<br>P.O. Box 21625<br>Columbia, SC 29221-1625 | Atlantic Credit & Finance Incorporated<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 |
| (p)BEAUMONT HEALTH SYSTEM<br>PO BOX 5042<br>TROY MI 48007-5042 | Beaumont Laboratory<br>PO Box 5043<br>Troy, MI 48007-5043 | CBM Services Inc.<br>Attn: Bankruptcy<br>Po Box 551<br>Midland, MI 48640-0551 |
| CBM Services, Inc.<br>Attn: Bankruptcy Department<br>PO Box 551<br>Midland, MI 48640-0551 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Kimberly Ann Czeiszperger<br>29627 Manhatten St.<br>Saint Clair Shores, MI 48082-1617 |
| Dept Of Ed/582/nelnet<br>Attn: Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Deutsche Bank National Trust Co., Trustee (Se<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Diagnostic Radiology Assoc.<br>P. O. Box 1092<br>Indianapolis, IN 46206-1092 |
| Donald Conrad, Law Offices<br>31077 Schoolcraft Rd. Ste 220<br>Livonia, MI 48150-2029 | Emergency Department Physician<br>PO Box 638967<br>Cincinnati, OH 45263-8967 | Emergency Department Physicians, PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| HRRG<br>Emergency Prof of Michigan PC<br>PO Box 459080<br>Fort Lauderdale, FL 33345-9080 | Inpatient Consultants of Michigan<br>PO Box 844906<br>Los Angeles, CA 90084-4906 | William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Mary Jane M. Elliott, PC<br>24300 Karim Blvd.<br>Novi, MI 48375-2942 |
| Medical Financial Solutions<br>St John Hospital<br>28000 Dequindre<br>Warren, MI 48092-2468 | Metro Center for Health<br>901 McClintock Drive, Ste. 202<br>Burr Ridge, IL 60527-0872 | Mi Schools And Govt Cu<br>40400 Garfield Road<br>Clinton Township, MI 48038-4004 |
| Michigan Schools & Gov't Credit Union<br>40400 Garfield Rd.<br>Clinton Township, MI 48038-4004 | Michigan Schools and Government Credit Union<br>40400 Garfield Road<br>Clinton Township, MI 48038-4004 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 |

| | | |
|---|---|---|
| Nationwide Credit<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Northland Group<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Orthokinect LLC<br>332 East Lincoln Ave., Ste. 150<br>Royal Oak, MI 48067-2777 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 |
| Seventh Ave<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Shermeta Law Group, LLC<br>PO Box 5016<br>Rochester Hills, MI 48308-5016 | Specialized Loan Servicing<br>Attn: Bankruptcy<br>PO Box 636005<br>Littleton, CO 80163-6005 |
| St John Medical & Hospital Center<br>PO Box 773179<br>3179 Solutions Center<br>Chicago, IL 60677-3001 | Straith Hospital For Special Surgery<br>23901 Lahser Road<br>Southfield, MI 48033-6035 | Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/BP<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 |
| U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | Tamara A. White<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Beaumont Health System<br>750 Stephenson Highway<br>P.O. Box 5042<br>Troy, MI 48007 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients   46<br>Bypassed recipients    0<br>Total                 46 |