# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

In Re:                                           Case No. 17-46354

Kimberly Ann Czeiszperger                        Chapter 13

Debtor                                           Judge Mark A. Randon

---

**ORDER GRANTING STIPULATION FOR CONTINUATION OF THE AUTOMATIC STAY AS TO SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2006-FF4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF4 AND PROPERTY KNOWN AS 29627 MANHATTAN ST, ST. CLAIR SHORES, MICHIGAN 48082 WITH CONDITIONS**

---

**IT IS HEREBY ORDERED** that the Stipulation for Continuation of the Automatic Stay as to Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4 with the following Conditions regarding the 29627 MANHATTAN ST, ST. CLAIR SHORES, MICHIGAN 48082 is **GRANTED**.

This matter having come before the Court upon the Motion for Relief from Stay (Doc. 40) filed herein by the secured creditor, Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4 ("Creditor"), and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default the February 2019 and March 2019 payments in the amount of $1,251.81, each, as well as fees and costs of $350.00 and $181.00 for a total of $3,034.62.

3.  In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a.  $1,011,54 on or before April 30, 2019
    b.  $1,011,54 on or before May 30, 2019
    c.  $1,011,54 on or before June 30, 2019

4.  Payment is in addition to the regular monthly payments in the amount of $1,251.81 which begin again on April 1, 2019.

5.  In the event that said Debtor should they fail to pay any future monthly payment by the date that such payment is contractually due, then Movant shall give thirty (30) days notice to Debtor's counsel and to the Debtor; if Debtor fails to cure the default in payments after having been provided notice under the provisions of this order within 30 days thereafter Movant shall file with the Court an affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant is hereby granted relief from stay and abandonment.

**Signed on March 27, 2019**



/s/ **Mark A. Randon**
_____
**Mark A. Randon**
**United States Bankruptcy Judge**